# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Atropin Palmer,

    Plaintiff,

        v.                              Case No.  1:12cv912

Officer Burke, *et al.*,                   Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 13, 2012 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981. No objections to the Magistrate Judge's Report and Recommendation (Doc. 4) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's claims against defendants Oppy and Wamsley are **DISMISSED** on the ground that they fail to state a claim upon which relief may be granted. *See* 28 U.S. C. §§ 1915(e)(2)(B) and 1915A(b).

**IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*
                                                    Michael R. Barrett
                                                    United States District Judge